UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15269
  MURL W RANSOM
  ANA I RANSOM                                  CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-3502     SSN XXX-XX-1315

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/22/07 and confirmed on 10/19/07.

   2.   The case was dismissed after confirmation, 01/16/2009.

   3.   The Debtor paid a total of $  17470.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 13888.47 | .00 | 13888.47 |
| SELECT PORTFOLIO SERVICI | SECURED | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 2000.00 | .00 | 363.28 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2475.66 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2222.92 | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 327.75 | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| AQUA ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 6086.65 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 1351.63 | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | NOT FILED | .00 | .00 |
| CIGNA HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| DIAGNOSTIC IMAGING ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RESURRECTION HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY CORP OF AMERI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| OLD NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | FILED LATE | .00 | .00 | .00 |
| RESURRECTION MEDICAL CEN | UNSECURED | NOT FILED | .00 | .00 |
| RMC EMERGENCY PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
VENTUS CAPITAL SRVS         UNSECURED     NOT FILED                .00         .00
VERIZON WIRELESS            UNSECURED     NOT FILED                .00         .00
WOODHAVEN ASSOC             UNSECURED     NOT FILED                .00         .00
ILLINOIS DEPT REVENUE       UNSECURED        43.00                .00         .00
            Summary of disbursements:
----------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   15888.47       .00     12507.61          .00     28396.08
PRINCIPAL PAID       14251.75       .00          .00          .00     14251.75
INTEREST PAID            .00        .00          .00          .00          .00
TOTAL PAID           14251.75       .00          .00          .00     14251.75
```

The Debtor's attorney, STEVEN A LEAHY                    , was allowed $   3500.00
and was paid $   1252.90  direct and $   2247.10  through the plan.

The Trustee received $     971.15 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE